PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name:** Starlit Zhao                                    **Case Number:** 2:22CR00148RSM
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:** 09/05/2017                 **Date of Report:** 10/26/2022
**Original Offense:** Travel with Intent to Engage in Illicit Sexual Activity
**Original Sentence:** 96 months' imprisonment and five years' supervised release
**Type of Supervision:** Supervised release              **Date Supervision Commenced:** 06/02/2022
**Assistant United States Attorney:** Unassigned         **Defense Attorney:** Unassigned

**Special Conditions Imposed:**

☐ Substance Abuse        ☐ Financial Disclosure        ☐ Restitution:
☐ Mental Health          ☐ Fine                        ☐ Community Service
☒ Other: sex offender registration, sex offender evaluation and treatment, search, polygraph testing, no direct or indirect contact with victim, no contact with children under the age of 18, computer monitoring, and search of devices.

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation contained in this petition in all future proceedings with the violation previously reported to the court on October 14, 2022.

I allege Starlit Zhao has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2. | Having contact with a person under the age of 18 on or before October 24, 2022, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

The Honorable Ricardo S. Martinez, United States District Judge  Page 2
Supplemental Violation  October 26, 2022

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 26th day of October, 2022.<br><br>*signature*<br>Sarah C. Cavendish<br>United States Probation Officer | BY:<br><br>*signature*<br>Angela M. McGlynn<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

*signature*
Signature of Judicial Officer

October 27, 2022
Date