

# MEMORANDUM

Date:       May 4, 2023
To:         The Honorable Ricardo S. Martinez, United States District Judge
From:       Sarah C. Cavendish
            United States Probation Officer
Subject:    Starlit Zhao
            Case Number: 2:22CR00148-001
            **STATUS REPORT**

**STATUS:**

On October 14, 2022, I submitted a violation report and request for summons to the Court, alleging Mr. Zhao violated the terms of supervised release by having contact with the victim on or before October 10, 2022. On October 26, 2022, I submitted a supplemental violation report alleging Mr. Zhao violated his terms of supervised release by having contact with a person under the age of 18. On November 4, 2022, Mr. Zhao appeared for his initial appearance before The Honorable Brian A. Tsuchida. He denied having contact with the victim and admitted to having contact with a person under the age of 18. Mr. Zhao is scheduled to appear before Your Honor for an evidentiary/disposition hearing on May 19, 2023.

**ADJUSTMENT AND EVALUATION:**

Following Mr. Zhao's appearance in Court in November 2022, he has been compliant with his conditions of supervision. He is maintaining employment and has a stable residence. In addition, he is engaged in sex offense therapy and passed his most recent polygraph examination in February 2023.

Regarding the victim in this case, Claire Conwell, Mr. Zhao has reported no contact with her. Ms. Conwell is persistent regarding having contact with Mr. Zhao. At this time, Mr. Zhao's therapist Dan Knoepfler and Ms. Conwell's therapist are working together to determine when this contact may be appropriate for both Mr. Zhao and Ms. Conwell.

**RECOMMENDATION:**

I respectfully recommend the Court take no action on the violations and strike the hearing scheduled for May 19, 2023.

I consulted with Assistant United States Attorney Lauren Stanier, as well as defense counsel, Vanessa Pai-Thompson, and they concur with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 4th day of May, 2023.

BY:

Sarah C. Cavendish
Sr. United States Probation Officer

Angela M. McGlynn
Supervising United States Probation Officer

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☑ No formal action; strike hearing on May 19, 2023
☐ Retain scheduled hearing on May 19, 2023
☐ Other

Signature of Judicial Officer

5/12/2023
Date

cc: Lauren Staniar, Assistant United States Attorney
    Vanessa Pai-Thompson, Federal Public Defender